```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Plaintiffs
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 09-10353 |
| CELSO ARELLANO, and FRANCISCA ARELLANO, | CHAPTER 13 |
|     DEBTORS      / | |
| CELSO ARELLANO, and FRANCISCA ARELLANO, | A.P. No. 09-1149 |
|     Plaintiffs, | |
| v. | |
| GMAC MORTGAGE, LLC; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | |
|     Defendants.    / | JUDGMENT DETERMINING AMOUNT OF SECURED CLAIM |

The parties herein having stipulated to entry of Judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

    1.    That, pursuant to 11 U.S.C. § 506, the claim of GMAC Mortgage, LLC is secured to the extent of $343,271.23 and the balance is unsecured; and

    2.    That GMAC Mortgage, LLC shall reconvey the Deed of Trust to Debtors upon payment of its secured claim pursuant to the

confirmed Chapter 13 Plan.

Dated: November 24, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge